UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-1219 (DSD/SER)

Kristine M. West,

      Plaintiff,

v.                                        **ORDER**

Townsquare Media, Inc., a
Delaware corporation,

      Defendant.

This matter is before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau (R&R). No objections to the R&R were filed within the time period permitted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 20] is adopted in its entirety; and

2. The motion for more definite statement [ECF No. 10] is denied.

Date: October 1, 2019                    /s David S Doty
                                              David S. Doty, Judge
                                              United States District Court