# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristine M. West, | COURT MINUTES – CIVIL |
| | BEFORE: TONY N. LEUNG |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 19-cv-1219 (DSD/TNL) |
| | Date: December 18, 2020 |
| Townsquare Media, Inc., | Courthouse: Minneapolis |
| *a Delaware corporation*, | Courtroom: Video Conference |
| | Time Commenced: 10:00 AM |
| | Time Concluded: 1:45 PM |
| Defendant. | Time in Court: 3 Hours & 45 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff:    Mark J. Peschel, Kristine West

Defendant:    Bradley R. Prowant, Mark A. Solheim, Chris Kitchen, Kelly Day

## PROCEEDINGS:

✗    Settlement reached. Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

*s/Holly McLelland*
Courtroom Deputy